United States District Court
Southern District of Texas
**ENTERED**
March 18, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| ROGER HEARD ALEXANDER, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 2:23-CV-00306 |
| | § | |
| JOSE R ALEMAN, *et al.*, | § | |
| | § | |
| Defendants. | § | |

## MEMORANDUM AND RECOMMENDATION

Plaintiff Roger Heard Alexander filed this prisoner civil rights action pursuant to 42 U.S.C. § 1983 on November 20, 2023, raising claims of deliberate indifference to his serious medical needs and excessive force. However, Plaintiff has failed to pursue this action by not responding to Court orders and by failing to update his current contact information. (D.E. 17). After mail was returned as undeliverable on February 13, 2024, the undersigned ordered Plaintiff to update his contact information on or before March 15, 2024. (D.E. 17). All mail sent to Plaintiff this year has been returned as undeliverable, listing Plaintiff as "discharged" or "parole[d]." (D.E. 16; D.E. 18; D.E. 19 and D.E. 20).

Plaintiff has failed to comply with the undersigned's order to update his current contact information. (D.E. 17). Plaintiff was also cautioned in the Initial Partial Filing and Collection Order that he "must notify the Court of any change of address by filing a written notice of change of address with the Clerk. Failure to file such notice may result in this

case being dismissed for want of prosecution." (D.E. 8, Page 2). Further, his last contact with this Court was on December 19, 2023 at the *Spears* hearing, where the undersigned again cautioned Plaintiff that if he was released from custody or transferred to another facility, it was his responsibility to file a change of address notification with the Court or his case would be dismissed for want of prosecution. (D.E. 12, Page 5). Therefore, it is respectfully recommended that Plaintiff's case be **DISMISSED** pursuant to Fed.R.Civ.P. 41(b); *see also Martinez v. Johnson*, 104 F.3d 769, 772 (5th Cir. 1997) (holding district courts have the power to *sua sponte* dismiss a cause of action for failure to prosecute).

    ORDERED on March 18, 2024.

                                          Jason B. Libby
                                  United States Magistrate Judge

NOTICE TO PARTIES

The Clerk will file this Memorandum and Recommendation and transmit a copy to each party or counsel. Within **FOURTEEN (14) DAYS** after being served with a copy of the Memorandum and Recommendation, a party may file with the Clerk and serve on the United States Magistrate Judge and all parties, written objections, pursuant to 28 U.S.C. § 636(b)(1)(c); Rule 72(b) of the Federal Rules of Civil Procedure; and Article IV, General Order No. 2002-13, United States District Court for the Southern District of Texas.

A party's failure to file written objections to the proposed findings, conclusions, and recommendations in a Magistrate Judge's report and recommendation within **FOURTEEN (14) DAYS** after being served with a copy shall bar that party, except upon grounds of plain error, from attacking on appeal the unobjected-to proposed factual findings and legal conclusions accepted by the District Court. *Douglass v. United Servs. Auto Ass'n*, 79 F.3d 1415 (5th Cir. 1996) (en banc).