United States District Court
Southern District of Texas

**ENTERED**

April 25, 2024

Nathan Ochsner, Clerk

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| ROGER HEARD ALEXANDER, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | CIVIL ACTION NO. 2:23-CV-00306 |
| | § | |
| JOSE R ALEMAN, *et al.*, | § | |
| | § | |
| Defendants. | § | |

## ORDER ADOPTING MEMORANDA & RECOMMENDATIONS

Before the Court is Magistrate Judge Jason Libby's Memoranda and Recommendations ("M&R"). (D.E. 14; D.E. 21). The first M&R recommends that Plaintiff's claims against Nicolas R. Pecot be dismissed without prejudice, Plaintiff's excessive use of force and deliberate indifference claims against Lt. Jose R. Aleman ("Lt. Aleman") and Capt. Consuelo Benavides-Martinez ("Capt. Benavides") in their individual capacity be retained, Plaintiff's negligence claims against Lt. Aleman and Capt. Benavides be dismissed, Plaintiff's claims for money damages against Defendants in their official capacities be dismissed without prejudice, and Plaintiff's remaining claims be dismissed with prejudice. (D.E. 14, p. 15, 21). After Plaintiff failed to pursue this action by not updating his address and failing to show cause, *see* (D.E. 17, p. 1–2), Judge Libby issued a second M&R, (D.E. 21). This subsequent M&R recommends that the Court dismiss Plaintiff's case for want of prosecution. (D.E. 21, p. 2).

Plaintiff was provided proper notice of, and the opportunity to object to, the Magistrate Judge's M&Rs. *See* 28 U.S.C. § 636(b)(1); FED. R. CIV. P. 72(b); General Order

No. 2002-13. No objection—to either M&R—has been filed. When no timely objection has been filed, the district court need only determine whether the Magistrate Judge's M&Rs are clearly erroneous or contrary to law. *United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989) (per curiam); *Badaiki v. Schlumberger Holdings Corp.*, 512 F. Supp. 3d 741, 743–44 (S.D. Tex. 2021) (Eskridge, J.).

Having reviewed the proposed findings and conclusions of the Magistrate Judge, the filings of the parties, the record, and the applicable law, and finding that the M&Rs are not clearly erroneous or contrary to law, the Court **ADOPTS** the M&Rs in their entirety. (D.E. 14; D.E. 21). Accordingly, the Court **DISMISSES** Plaintiff's case pursuant to Federal Rule of Civil Procedure 41(b). *See* (D.E. 1); *see also United States v. Carter*, 737 F. App'x 687, 692 (5th Cir. 2018) (per curiam) (explaining a trial court may dismiss a case sua sponte for failure to prosecute). All claims in this action are **DISMISSED**. A final judgment will be entered separately.

SO ORDERED.

DAVID S. MORALES
UNITED STATES DISTRICT JUDGE

Dated: Corpus Christi, Texas
April 23, 2024